```
1  RONY SAGY (Bar No. 112219)
     rony.sagy@sagylaw.com
2  BARBARA L. GATELY (Bar No. 76497)
     barbara.gately@sagylaw.com
3  SAGY LAW ASSOCIATES LLP
   930 Montgomery Street, Suite 600
4  San Francisco, CA 94133
   Tel:    415-986-0900
5  Fax:    415-956-3950

6  Attorneys for Plaintiff Doron Aspitz
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORON ASPITZ, an individual, | CASE NO. 07 Civ. 7344(JSR) |
| Plaintiff, | **PLAINTIFF DORON ASPITZ'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| WITNESS SYSTEMS, INC., a Delaware corporation, and DOES 1 through 50, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff Doron Aspitz voluntarily dismisses the above-captioned action without prejudice.

DATED: August 29, 2007                SAGY LAW ASSOCIATES LLP


                                       By____/s/ Rony Sagy____
                                           Rony Sagy

                                       Attorneys for Plaintiff Doron Aspitz

SO ORDERED

/s/ Jed S. Rakoff
USDJ   8-31-07

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I work in the City and County of San Francisco, State of California; I am over the age of eighteen years and am not a party to the within titled action; my business address is 930 Montgomery Street, Suite 600, San Francisco, California, 94133.

On the date indicated below, I served a true copy of

**PLAINTIFF DORON ASPITZ'S NOTICE OF VOLUNTARY DISMISSAL**

on the parties named below, addressed as follows:

> Mark D. Flanagan
> Elizabeth I. Rogers
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1117 California Ave.
> Palo Alto, CA 94304
>
> Peter J. MacDonald
> Saratu Grace Nafziger
> Wilmer Cutler Pickering Hale and Dorr LLP
> 399 Park Ave.
> New York, NY 10022

( )   BY FEDERAL EXPRESS

(X)   BY ELECTRONIC MAIL

(X)   BY US MAIL

( )   BY FAX: I caused said document to be transmitted by a fax machine to the parties stated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 29, 2007, at San Francisco, California.

_____/s/ Ziv beyth_____
Ziv Beyth